UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

    Kimberly Tucker                             Case No. :      12-32848-KLP
    Debtor(s)                                Chapter 13

## NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), Kimberly Tucker, by counsel, represents as follows:

1. The Debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under Section 1307 (a) of the Bankruptcy Code, the debtor is entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the Debtor, Kimberly Tucker, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.          Kimberly Tucker

                                                By Counsel

/s/ Linda D. Jennings
Linda D. Jennings, Esquire
VSB # 19855
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428(ph)
804-318-3806 (fax)

Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was mailed by mail or electronic means this November 15, 2013 to the Chapter 13 Trustee, the U.S. Trustee's office, and to all necessary creditors.

/s/ Linda D. Jennings
Counsel for Debtor

List of creditors

**Aaron's Sales & Leasing**
3333 A S Crater Rd
Petersburg, VA 23805-0000

**Aaron's Sales & Leasing**
201 Eastwood Drive
Danville, VA 24540-0000

**Aaron's, Inc.**
2800 Canton Road, Suite 900
Marietta, GA 30066

**Advance America Cash Advance**
2014 Boulevard
Colonial Heights, VA 23834-0000

**Amsher Collection Service**
Attn: Bankruptcy
600 Beacon Pkwy West, Ste 300
Birmingham, AL 35209-0000

**Butterworths Furniture**
2059 S Crater Road
Petersburg, VA 23805-0000

**Capio Partners Llc**
2222 Texoma Pkwy Ste 150
Sherman, TX 75090-0000

**Charlottesville Bureau**
Pob 6220
Charlottesvill, VA 22911-0000

**Crd Prt Asso**
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380-0000

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104-0000

**First Virginia**
3219 Crater Rd
Suite C
Petersburg, VA 23805-0000

**Four Seasons Cash**
623 Main Street
Timber Lake, SD 57656-0000

**Fredericksburg Credit Bureau Inc**
10506 Wakeman Dr
Fredericksburg, VA 22407-0000

**Island Finance, LLC**
PO Box 330
Hays, MT 59527-0000

**Midland Credit Management, Inc.**
8875 Aero Drive, Suite 200
San Diego, CA 92123

**MoneyKey**
3244 Old Capitol Trail
Suite 1613
Wilmington, DE 19808-0000

**Nco Fin /99**
Po Box 15636
Wilmington, DE 19850-0000

**Nco Fin/51**
Po Box 13574
Philadelphia, PA 19101-0000

**Premier Bankcard/Charter**
P.O. Box 2208
Vacaville, CA 95696

**Toyota Motor Credit Co**
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408-0000

**Toyota Motor Credit Corporation (TMCC)**
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

**Virginia Credit Union**
Po Box 90010
Richmond, VA 23225-0000