UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Kimberly Tucker                              Case No.: 12-32848-KLP
                                                      Chapter 7

    Debtor(s)

### Schedule of Unpaid Debts After Commencement of Chapter 13

LTD
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

Bank of America
Attn: Bankruptcy Dept
PO Box 15026
Wilmington, DE 19850

AMDC Physicians
PO Box 189
Colonial Heights, VA 23834

Credit Adjustment Board
8002 Discovery Dr Ste 311
Richmond, VA 23229

Radiology Assoc. of Richmond
PO Box 13343
Richmond, VA 23225

Receivables Management Systems
PO Box 8630
Richmond, VA 23226

Patient First
PO Box 758941
Baltimore, MD 21275

Professional Account Services
PO Box 188
Brentwood, TN 37024

/s/ Richard J. Oulton
Counsel for Debtor(s)
America Law Group, Inc.
2321 Boulevard
Colonial Heights, VA 23834